IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN NOEL, TYLER NOEL, BETSY
BROUGHER and WILLIAM ATKINS,

         Plaintiffs,

v.

HCC INSURANCE HOLDINGS, INC.,

         Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-379-bbc

---

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant HCC Insurance Holdings, Inc., granting its motions to dismiss and for summary judgment and dismissing this case.

_____
Peter Oppeneer, Clerk of Court

_____
7/17/12
Date